UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/2025
```

SEAN MAHASE,

                Plaintiff,

-against-

MAVIS TIRE SUPPLY LLC
  d/b/a MAVIS DISCOUNT TIRE,
MICHAEL MEDINA
  a/k/a MIKE MEDINA,

                Defendants.

Case No. 24-cv-08719 (JHR)

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Sean Mahase ("Plaintiff") and Mavis Tire Supply, LLC and Michael Medina ("Defendants"), through their respective undersigned counsel, who are authorized to execute this Stipulation, that the above-captioned action be dismissed, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to any Party.

*Attorneys for Plaintiff*
LEE LITIGATION GROUP, PLLC

148 W 24th Street 8th Floor,
New York, New York 10011
Tel: (212) 465-1188
By: _____
C.K. Lee, Esq.
cklee@leelitigation.com
Dated: March 20, 2025

*Attorneys for Defendants*
JACKSON LEWIS P.C.

44 South Broadway, 14th Floor
White Plains, New York 10601
Tel: (914) 872-6885
By: _____
Jonathan M. Kozak, Esq.
jonathan.kozak@jacksonlewis.com
Dated: March 24, 2025

14th Day of April, 2025
SO ORDERED THIS ~~DAY OF MARCH, 2025~~

_____
Hon. Jennifer H. Rearden
United States District Judge